09-10065
AMY CONWAY V. KATZ

VERDICT FORM

The jury is requested to answer the following questions:

1. When the product HP 110 left the defendant seller, was it in a defective condition unreasonably dangerous to plaintiff Amy Conway for its foreseeable use or misuse?

    a. Answer: (Yes or No) __no__
    If your answer was "No" your deliberations are over. Answer no further questions.

2. If your answer to question (1) is "Yes," then answer this question: Was such a defect a direct cause of the accident and plaintiff Amy Conway's injuries?

    a. Answer: (Yes or No) _____
    If your answer was "No" your deliberations are over. Answer no further questions.

3. Was defendant seller Kaz, Inc. negligent or did Kaz breach its implied warranty of fitness?

    a. Answer: (Yes or No) _____

4. If your answer to number (3) is "yes," then answer this question: Was the defendant seller's negligence or breach of implied warranty a proximate cause of the accident and injuries of plaintiff Amy Conway?

    a. Answer: (Yes or No) _____
    If your answer was "No" your deliberations are over. Answer no further questions.

5. Was plaintiff Amy Conway negligent?

    a. Answer: (Yes or No) _____

6. If your answer to question number (5) is "yes," then answer this question: Was plaintiff Amy Conway's negligence a proximate cause of the accident and the injuries plaintiff Amy Conway suffered?

    a. Answer: (Yes or No) _____

7. If your answer to either or both of questions number (1) and (3) is "yes," and your answer to either or both of questions (2) and (4) is"yes," then answer the following:

   Taking 100% as the total fault causing the accident and injuries, what percentage of the total fault causing the accident and injuries do you attribute to:

   Kaz, Inc.            _____ %

   Amy Conway           _____ %

   Total                (100%)

8. What is the total amount of Plaintiff's damages for medical and hospital expenses, past and future?

   $_____

9. What is the total amount of lost wages and benefits, past and future?

   $_____

10. What is the total amount of non-economic damages for pain & suffering, disability, disfigurement, mental anguish, fright, shock, denial of social pleasures & enjoyments, embarrassment, humiliation, and mortification?

    $_____

    TOTAL DAMAGES  $_____

    s/Jury Foreperson

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

_November 24, 2010_
Date

# SPECIAL QUESTIONNAIRE FORM REQUESTING JURY DETERMINATION OF PLAINTIFF AMY CONWAY'S IMPAIRMENT, IF ANY

QUESTION NO.1: Did the Plaintiff have an impaired ability to function due to the influence of controlled substances at the time of her accident or event that caused her injury?

      Answer: __Yes__ (Yes or No)
      If your answer is "Yes" - go on to the Question # 2 in this form
      If your answer is "No" – answer no further questions on this form

QUESTION NO.2: Was the Plaintiff's impaired ability to function, 50% or more, the cause of the accident or event that caused her injury

      Answer: __Yes__ (Yes or No)
      If your answer is "Yes" – your jury deliberations are over.