# EXHIBIT B.



# Bienenstock Court Reporting & Video

30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

# Invoice

Job #: 090610SMC
Job Date: 06/10/2009
Order Date: 06/10/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 419198
Inv. Date: 06/19/2009
Balance: $673.30

Bill To:
Mr. Frederick G. Ecclestone
McLeod & Associates
Two Towne Square
Suite 550
Southfield, MI 48076

Action: Conway, Amy
vs
Kaz, Incorporated
Action #: 2:09-CV-10065
Rep: SMC
Cert: 1412

| Item | Proceeding/Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | $105.00 |
| 2 | Amy Conway | Orig. & 1 Copy incl. e-trans | Pages | 127 | $386.95 |
| 3 | Bonnie Conway | Orig. & 1 Copy incl. e-trans | Pages | 56 | $174.60 |
| 4 | | Exhibits | Item | 27.00 | $6.75 |

RECORD RECEIVED
JUN 2 2 2009

Sub Total: $673.30
Shipping: $0.00
Tax: N/A
Total Invoice: $673.30
Payment: $0.00
Balance Due: $673.30

Comments:

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

Federal Tax I.D.: ████100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Frederick G. Ecclestone
McLeod & Associates
Two Towne Square
Suite 550
Southfield, MI 48076

Deliver To:
Mr. Frederick G. Ecclestone
McLeod & Associates
Two Towne Square
Suite 550
Southfield, MI 48076

# Invoice

Bienenstock
COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: (248) 644-8888 Fax: (248) 644-1120
www.bienenstock.com

Invoice #: 419198
Inv. Date: 06/19/2009
Balance: $673.30
Job #: 090610SMC
Job Date: 06/10/2009
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com

Job #: 101103KMS2
Job Date: 11/03/2010
Order Date: 11/03/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Invoice

Invoice #: 463553
Inv.Date: 11/16/2010
Balance: $438.80

**Bill To:**
Mr. Frederick G. Ecclestone
McLeod & Associates
Two Towne Square
Suite 550
Southfield, MI 48076

Action: Conway, Amy
vs
Kaz, Incorporated
Action #: 2:09-CV-10065
Rep: KMS
Cert:

| Item | Proceeding/Witness | Description | Units | Quantity | | Amount |
|---|---|---|---|---|---|---|
| 1 | | Attendance | | 1.00 | | $35.00 |
| 2 | Bruce W. Troutman, D.O. | Orig. & 1 Copy | Pages | 48 | | $158.80 |
| 3 | | Videotape Deposition | | 1.00 | | $245.00 |

RECORD RECEIVED

OK TO PAY
File No. MISO 0___ 4298 E
Claim No. 1084-28049-801
Memo Phrase ___
Approval ___
Approval Date ___ NOV 17 2010

**Comments:**

Offices in: Bingham Farms | Ann Arbor | Detroit | Flint | Grand Rapids | Jackson | Lansing | Mt. Clemens

| | |
|---|---|
| Sub Total | $438.80 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$438.80** |
| Payment | $0.00 |
| **Balance Due** | **$438.80** |

Federal Tax I.D.: ███████100
Terms: Net 30. After 30 1.5%/Mo or Max Legal Rate

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Mr. Frederick G. Ecclestone
McLeod & Associates
Two Towne Square
Suite 550
Southfield, MI 48076

**Deliver To:**
Mr. Frederick G. Ecclestone
McLeod & Associates
Two Towne Square
Suite 550
Southfield, MI 48076

# Invoice

Invoice #: 463553
Inv.Date: 11/16/2010
Balance: $438.80
Job #: 101103KMS2
Job Date: 11/03/2010
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:



**BIENENSTOCK**
NATIONWIDE COURT REPORTING & VIDEO
30800 Telegraph Rd., Suite 2925
Bingham Farms, MI 48025
Tel: 248.644.8888  Fax: 248.644.1120
www.bienenstock.com