# EXHIBIT C.



**JLE PROCESS SERVICES, INC.**
P.O. BOX 1813
ROYAL OAK, MICHIGAN 48068-1813
(248) 635-7223

# INVOICE

Number: 46864
Date: October 30, 2010

Bill To:

McLEOD & ASSOCIATES
TWO TOWNE SQUARE
STE 550
SOUTHFIELD, MI 48075

| Filing | Service | Courier | Tax I.D. Number |
|---|---|---|---|
|  | Subpoena |  | ███████7877 |

| Description | Amount |
|---|---|
| Re: MISO 04298 |  |
| **Service fo Subpoena on Bonnie Conway at 2205 Cartier, Flint, MI | 40.00 |
| mileage (roundtrip Southfield/Flint; 126 miles @$.75/mile) | 94.50 |
| costs advanced (witnee fee) | 65.00 |
| Total | $199.50 |

OK TO PAY
File No. MISO 0 _4298_
Claim No. _____
Memo Phrase _____
Approval _____
Approval Date NOV 10 2010

**JLE PROCESS SERVICES, INC.**
P.O. BOX 1813
ROYAL OAK, MICHIGAN 48068-1813
(248) 635-7223

# INVOICE

Number: 46975
Date: November 16, 2010

Bill To:

McLEOD & ASSOCIATES
TWO TOWNE SQUARE
STE 550
SOUTHFIELD, MI 48075

| Filing | Service | Courier | Tax ID Number |
|---|---|---|---|
|  | Subpoena |  | ▇▇▇7877 |

| Description | Amount |
|---|---|
| Re: MISO 04298 |  |
| **Service of Subpoena on: |  |
| Dadiv Batzos at 1089 Emerald Forest Ln., Davison, MI | 50.00 |
| mileage (roundtrip Southfield/Davison; 98 miles @$.75/mile) | 73.50 |
| Costs Advanced (Witness fee) | 62.12 |
| Check writing fee | 5.00 |
| Total | $190.62 |

OK TO PAY
File No. MISO 0 4298 E
Claim No. 684-250496-001
Memo Phrase
Approval [signature]
Approval Date NOV 22 2010

# JLE PROCESS SERVICES, INC.

P.O. BOX 1813
ROYAL OAK, MICHIGAN 48068-1813
(248) 635-7223

# INVOICE

Number: 46886

Date: November 02, 2010

Bill To:

McLEOD & ASSOCIATES
TWO TOWNE SQUARE
STE 550
SOUTHFIELD, MI 48075

| Filing | Service | Courier | Tax ID Number |
|---|---|---|---|
|  | Subpoenas |  | ▓▓▓7877 |

| Description | Amount |
|---|---|
| Re: MISO 04298 |  |
| **Service of Subpoena on: |  |
| Records Custodian of Hurley Medical Center, | 50.00 |
| Kandace Andrews & | 25.00 |
| Ernie Rome | 25.00 |
| mileage (roundtrip Southfield/Flint; 114 miles @$.75/mile) | 85.50 |
| Costs Advanced (Witness fees; $65.00 x 3) | 195.00 |
| checks ($5.00 x 3) | 15.00 |
| waiting fees |  |
| **Total** | **$395.50** |

```
                OK TO PAY
File No. MISO 0_4298 F_____
Claim No. _____
Memo Phrase _____
Approval _____
Approval Date  NOV 10 2010
```