# EXHIBIT F.





# APPLIED SAFETY AND ERGONOMICS, INC.

# FINAL INVOICE

3909 Research Park Dr., Suite 300
Ann Arbor, MI 48108
Tel: 734.994.9400
Fax: 734.994.9494
www.appliedsafety.com

**Invoice Date:** December 10, 2010

**To:** Mr. Frederick Ecclestone
Attorney at Law
McLeod & Associates
Oakland Towne Square
Two Towne Square, Suite 550
Southfield, MI 48076-3766

**Project:** Conway v. Kaz, Inc.

**AS&E File #:** 08-306

**For Period:** 10/31/10 - 11/27/10

| | | |
|---|---|---|
| Charges for Current Period: | | |
| Services | | $3,981.25 |
| Expenses | + | 55.00 |
| **Current Period Total** | | $4,036.25 |
| Previous Balance of | | $1,797.09 |
| Payment Received - (Riley P. Richard) Thank You | − | 246.66 |
| Payment Received - (Kaz, Inc.) Thank You | − | 910.00 |
| **Previous Balance** | | $ 640.43 |
| **Total Amount Due:** | | $ 4,676.68 |

**Please remit the total amount due to:**
APPLIED SAFETY AND ERGONOMICS, INC.
FEDERAL TAX ID #▇▇▇▇▇2817

APPLIED SAFETY AND ERGONOMICS, INC.

# October 31, 2010 - November 27, 2010
## Services

08-306 Conway v. Kaz, Inc.

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 19-Nov-10 | Carbeck | Assist w/preparation for trial | 0.25 | 105.00 | 26.25 |
| 19-Nov-10 | Young | Review/analyze project materials; prep for trial | 6.30 | 350.00 | 2,205.00 |
| 23-Nov-10 | Young | Travel to Detroit; meet w/client; give trial testimony; travel to Ann Arbor | 5.00 | 350.00 | 1,750.00 |
| | | | 11.55 | | 3,981.25 |

## October 31, 2010 - November 27, 2010
## Expenses

08-306 Conway v. Kaz, Inc.

| Date | Description | Amount |
|---|---|---|
| 23-Nov-10 | Parking | 15.00 |
| 23-Nov-10 | Ground transportation | 40.00 |
| | | 55.00 |

# E<sup>x</sup>ponent

**INVOICE**

*Please make checks payable to:*
Exponent, Inc.
P.O. Box 200283 Dept. 002
Dallas, TX 75320-0283
Federal Tax ID: ████8904

December 15, 2010
Project No:    0807092.000
Invoice No:    162461

Kay Williams
Chartis (AIG) Domestic Claims Inc
PO Box 25929
Shawnee Mission, KS 66225

Conway v KAZ

Client Ref: MISC BILL-VENDOR BILL

Claim: 684-220196-001

American Home Assurance Company

Professional Services through November 26, 2010

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Sr. Manager - Mechanical | 1.30 | 250.00 | 325.00 | |
| Manager - Electrical | 48.90 | 235.00 | 11,491.50 | |
| Sr. Associate/Engineer/Scientist - Mech | .20 | 186.00 | 37.20 | |
| Associate/Engineer/Scientist - Mech | 3.20 | 154.00 | 492.80 | |
| Research Staff - Electrical | 1.70 | 115.00 | 195.50 | |
| Totals | 55.30 |  | 12,542.00 | |
| Total Labor |  |  |  | 12,542.00 |

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Travel, Lodging & Other |  |  | 1,858.83 | |
| Freight & Communications |  |  | 38.09 | |
| Total Reimbursables |  |  | 1,896.92 | 1,896.92 |

**Unit Billing**             400.00     400.00

**Total this Invoice**      **$14,838.92**

**Outstanding Accounts Receivable**

| Invoice # | Date | Balance |
|---|---|---|
| 154825 | 8/26/2010 | 1,128.00 |
| 158203 | 10/20/2010 | 7,327.50 |
| **Total** |  | **8,455.50** |

---

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE UPON RECEIPT**

# EXponent

**Billing Backup**   December 15, 2010

Project 0807092.000 Conway v KAZ

**Professional Personnel**

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| Sr. Manager - Mechanical | | | | |
| 02141 Jennifer M Hoffman, PhD<br>Prep/ship samples, arrange testing | 11/12/2010 | .50 | 250.00 | 125.00 |
| 02141 Jennifer M Hoffman, PhD<br>Coordinate testing | 11/15/2010 | .30 | 250.00 | 75.00 |
| 02141 Jennifer M Hoffman, PhD<br>Review/discuss test results | 11/16/2010 | .30 | 250.00 | 75.00 |
| 02141 Jennifer M Hoffman, PhD<br>Technical discussions | 11/17/2010 | .20 | 250.00 | 50.00 |
| Manager - Electrical | | | | |
| 02515 Mark D Loose, PhD<br>Case material revirew / Trial prep | 11/9/2010 | 5.50 | 235.00 | 1,292.50 |
| 02515 Mark D Loose, PhD<br>Case material revirew / Trial prep | 11/10/2010 | 4.00 | 235.00 | 940.00 |
| 02515 Mark D Loose, PhD<br>CK call / Case material revirew / Trial prep | 11/12/2010 | 5.50 | 235.00 | 1,292.50 |
| 02515 Mark D Loose, PhD<br>TGA / Trial prep | 11/15/2010 | 1.50 | 235.00 | 352.50 |
| 02515 Mark D Loose, PhD<br>TGA / Hull depo review | 11/16/2010 | 2.00 | 235.00 | 470.00 |
| 02515 Mark D Loose, PhD<br>Hull depo review / Trial prep | 11/17/2010 | 1.50 | 235.00 | 352.50 |
| 02515 Mark D Loose, PhD<br>Trial prep | 11/18/2010 | .50 | 235.00 | 117.50 |
| 02515 Mark D Loose, PhD<br>Hull depo review / Trial prep | 11/19/2010 | 2.50 | 235.00 | 587.50 |
| 02515 Mark D Loose, PhD<br>Trial prep / Travel to Detroit | 11/21/2010 | 10.20 | 235.00 | 2,397.00 |
| 02515 Mark D Loose, PhD<br>Trial prep / Trial testimony | 11/22/2010 | 8.20 | 235.00 | 1,927.00 |

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE UPON RECEIPT**

# E<sup>x</sup>ponent

| ID | Name / Description | Date | Hours | Rate | Amount | Total |
|---|---|---|---|---|---|---|
| 02515 | Mark D Loose, PhD<br>Return travel / Administrative | 11/23/2010 | 7.50 | 235.00 | 1,762.50 | |
| 02846 | Sr. Associate/Engineer/Scientist - Mech<br>Tao Xu, PhD<br>Data QC | 11/16/2010 | .20 | 186.00 | 37.20 | |
| 03090 | Associate/Engineer/Scientist - Mech<br>Shujun Chen<br>TGA testing | 11/15/2010 | .50 | 154.00 | 77.00 | |
| 03090 | Shujun Chen<br>TGA testing+data analysis | 11/16/2010 | 2.50 | 154.00 | 385.00 | |
| 03090 | Shujun Chen<br>Technical discussion | 11/17/2010 | .20 | 154.00 | 30.80 | |
| 01882 | Research Staff - Electrical<br>Mary D Ahn<br>Document support for exhibits | 10/13/2010 | 1.00 | 115.00 | 115.00 | |
| 01882 | Mary D Ahn<br>Project support | 11/18/2010 | .70 | 115.00 | 80.50 | |
| | Totals | | 55.30 | | 12,542.00 | |
| | **Total Labor** | | | | | **12,542.00** |

**Reimbursable Expenses**
Travel, Lodging & Other

| | | Date | Description | Amount | Total |
|---|---|---|---|---|---|
| EX | 00036177 | 11/21/2010 | Loose, Mark / Roundtrip airfare / Roundtrip airfare from SFO to DTT travelling for Conway trial | 1,181.40 | |
| EX | 00036177 | 11/21/2010 | Loose, Mark / Taxi to hotel / Taxi to hotel for Conway trial | 52.00 | |
| EX | 00036177 | 11/23/2010 | Loose, Mark / Hotel in Detroit / Hotel in Detroit for Conway trial | 471.43 | |
| EX | 00036177 | 11/23/2010 | Loose, Mark / Taxi to DTT / Taxi to DTT returning from Conway trial | 55.00 | |
| EX | 00036177 | 11/23/2010 | Loose, Mark / Parking at SFO / Parking at SFO during Conway trial | 99.00 | |

Freight & Communications

| | | | | | |
|---|---|---|---|---|---|
| AP | 10086385 | 10/18/2010 | Fedex Express / FREDERICK G. ECCLEST | 22.77 | |
| AP | 10088843 | 11/22/2010 | Fedex Express / SHUJUN CHEN | 15.32 | |
| | | | **Total Reimbursables** | **1,896.92** | **1,896.92** |

**Unit Billing**

| | | | | |
|---|---|---|---|---|
| DSC/TGA | | | | 400.00 |
| 2 Scans/$200 DSC/TGA | | | | 400.00 |
| | **Total Units** | | | **400.00** | **400.00** |

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE UPON RECEIPT**

Page 4