UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY CONWAY,

    Plaintiff,

vs.                                                                 Case No. 2:09-CV-10065
                                                         HONORABLE MARIANNE O. BATTANI

KAZ INCORPORATED, a Foreign Corporation,  MAGISTRATE MONA K. MAJZOUB

    Defendant.
_____/

| RILEY P. RICHARD (P 23822) | McLEOD & ASSOCIATES |
|---|---|
| Attorney for Plaintiff | FREDERICK G. ECCLESTONE (P 26313) |
| 39040 W. Seven Mile Road | Attorneys for Defendant |
| Livonia, MI 48152-1006 | Two Towne Square, Suite 550 |
| 734-542-9500 | Southfield, MI 48076-3766 |
| Fax: 734-542-0057 | (248) 386-8800 |
|  | Fax: (248) 386-8842 |

_____/

## NOTICE OF WITHDRAWAL OF DEFENDANT'S BILL OF COSTS AND ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the City of Detroit,
County of Wayne, State of Michigan, on January 25, 2011

PRESENT:  HONORABLE MARIANNE O. BATTANI
                     U.S. DISTRICT COURT JUDGE

       The Defendant, KAZ, INCORPORATED, having received a Judgment of No Cause for Action, a Judgment Order having been filed in Defendant's favor, Defendant having filed its Bill for Costs, Plaintiff having agreed to not take a further appeal from the Judgment Order in return for Defendant's promise to waive trial costs and dismiss this matter without costs or attorney fees, the parties having stipulated to and approved this Order, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that Defendant's Taxed Bill of Costs be and is hereby withdrawn; and

IT IS FURTHER ORDERED that this matter be, and is hereby, dismissed with prejudice and without costs or attorney fees.

s/Marianne O. Battani<br>U.S. DISTRICT COURT JUDGE

Approved as to Form and Content:

s/RILEY P. RICHARD (P 23822) (w/consent)
Attorney for Plaintiff

s/FREDERICK G. ECCLESTONE (P-26313)
Attorney for Defendant

L:\FEC0\04298\PLEADINGS\MISO-04298 NTC OF WITHDRAWL OF COSTS AND FOR DISMISSAL 110112.DOC